IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

ZACHARY LADNER, A MINOR, BY KRYSTAL LADNER
NATURAL GUARDIAN AND NEXT FRIEND                                    PLAINTIFF

V.                                                      CAUSE NO. 2:12CV19KS-MTP

FORREST GENERAL HEALTH SERVICES, INC.
d/b/a FORREST GENERAL HOSPITAL,
HIGHLAND COMMUNITY HOSPITAL,
JAMES WINDER, M.D. PICAYUNE EYE CLINIC, P.A.
d/b/a PICAYUNE EYE CLINIC
and LORI L. BLACKMER, M.D.                                          DEFENDANTS

## ORDER DISMISSING FORREST GENERAL HEALTH SERVICES, INC. AND "HIGHLAND COMMUNITY HOSPITAL"

This day, this cause came before the Court on the Motion of the Defendant, Forrest General Hospital to dismiss Forrest General Health Services, Inc. and "Highland Community Hospital" as named defendants in this cause; and the Court being advised in the premises finds as follows:

I

Forrest General Hospital is a community hospital as defined by Miss. Code Ann. §11-46-1(i), and has made a general appearance in this action.

II

Forrest General Health Services, Inc. is a not-for-profit corporation created in the mid 1980's for the purpose of rendering management services to rural, community hospitals in South Mississippi.

III

"Highland Community Hospital" is not a corporate entity; nor is Highland Community Hospital a subsidiary of Forrest General Hospital. Rather it is a department of Forrest General Hospital.

Accordingly, the Court finds that, with the entry of a general appearance by Forrest General Hospital as a defendant in this action, Forrest General Health Services, Inc. and "Highland Community Hospital" should be dismissed as named Defendants in this action.

SO ORDERED AND ADJUDGED on this the 20th day of March, 2012.

                                        *s/Keith Starrett*
                                        UNITED STATES DISTRICT JUDGE

Approved by:

*/s/ Charles M. Merkel, Jr.*
Charles M. Merkel, Jr. (MSB#2884)
*Attorney for Zachary Ladner, a Minor, by*
*Krystal Ladner, Natural Guardian and*
*As Next Friend*


*/s/ J. Robert Ramsay*
J. Robert Ramsay, Esq. (MSB#4617)
*Attorney for Forrest General Hospital*